IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | No. 13-83 |
| v. | : | |
| | : | |
| DAVID THOMAS MATUSIEWICZ, et al. | : | |

## ORDER

This 26th day of March, 2015, it is **ORDERED** that the Defendants' Motion to Dismiss the Indictment is **DENIED**.

                                                                       /s/ Gerald Austin McHugh
Gerald Austin McHugh, J.
United States District Judge