Nov. 3, 2017

To the clerk of the court,

The government lien that was placed on our home for the restitution payment was satisfied when our home was sold & closed on 8/24/17. Please send proof to the Bureau of Prisons & myself that restitution has been completely satisfied in my case.

Case # 1:13-CR-00083-GAM 3.

BOP c/o Mrs. Francis (3 south unit)
                          counselor
Federal Medical Center
Carswell
PO Box 27066
J Street Building 3000
Ft. Worth, TX 76127



13CR83 GAM3
FILED
NOV 27 2017
fms
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Amy Gonzalez
49019-379
Federal Medical Center
Carswell
PO Box 27137
Ft. Worth, TX 76127



RECEIVED
NOV -9 2017

Thank you for your time!
Respectfully
Amy Gonzalez

Amy Gonzalez
49619-379
Federal Medical center
Carswell
PO Box 27137
Ft Worth, TX 74127

⇔49619-379⇔
J Caleb Boggs Federal Build
844 N KING ST
4th Floor
Wilmington, DE 19801-3519
United States

NORTH TEXAS TX P&DC
DALLAS TX 750
20 NOV 2017 PM 1 L

U.S.M.S.
X-RAY