# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Dr. John A. Cerino  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

November 28, 2017

TO:

Amy Gonzalez  
Reg. No. 49619-379  
Federal Medical Center, Carswell  
P.O. Box 27137  
Fort Worth, TX 76127

    RE:    Request for Account Statement  
            CR 13-83-GAM-3

Dear Ms. Gonzalez:

    This is in response to your letter received 11/27/2017 requesting an account statement. Enclosed please find an account balance statement showing that the restitution in the above-listed criminal action was paid in full with the District Court.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/fms

John A. Cerino  
CLERK

cc:    The Honorable Gerald A. McHugh  
        BOP c/o Mrs. Francis  
enc.  Account Balance Statement